AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

**FILED**

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

MAY 2 0 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

UNITED STATES OF AMERICA
V.

Jose Luis Mendez            57            **CRIMINAL COMPLAINT**

                                    CASE NUMBER: DR16-5452M-01

Mexico

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____May 19, 2016_____ in _____Val Verde_____ County, in the

_____Western_____ District of _____Texas_____ defendant(s) did,(Track Statutory Language of Offense)

knowingly possesses an identification document (other than one issued lawfully for the use of the possessor) or a false identification document, with the intent such document be used to defraud the United States

in violation of Title ____18____ United States Code, Section(s) ____1028(a)(4) Misdemeanor____ .

I further state that I am a(n) ____CBP Officer (Enforcement)____ and that this complaint is based on the following

facts: That on or about    May 19, 2016
the DEFENDANT, a United States citizen, applied for admission to the United States from Mexico at the Del Rio, Texas Port of Entry. The DEFENDANT was transporting a minor Mexican citizen female by the name of Mayra Cecilia Hernandez Tovar. At the time of their application for admission, the Mexican citizen minor presented a legal Permanent Resident Alien Card with the name of Brisa A. Salazar Lopez, a document that was not legally issued to her. The DEFENDANT knowingly attempted to bring the Mexican citizen minor into the United States by presenting a resident card that did not belong to her. The DEFENDANT stated he was paid $450 USD for this event.
In speaking with the minor, she stated that she was going to be smuggled into the United States and taken to a female in San Angelo, Texas that she believes exploits children. The minor also stated that the DEFENDANT was to be paid $100,000 in Mexican pesos (Mexican currency) for the smuggling event.

Continued on the attached sheet and made a part hereof:    ☐ Yes  ☒ No

Margarita Lozano, CBPO (E) _(signature)_
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____May 20, 2016_____          at    _____Del Rio, Texas_____
Date                                    City and State

Victor Roberto Garcia
United States Magistrate Judge            _(signature)_
Name & Title of Judicial Officer          Signature of Judicial Officer